07-06827

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| LaSalle Bank National Association,<br>as Trustee for First Franklin Mortgage<br>Loan Trust 2006-FF18, Mortgage Loan<br>Asset Backed Certificates,<br>Series 2006-FF18<br><br>      Plaintiff<br><br>  vs<br><br>James Simmons, et al.<br><br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:07-cv-389<br><br>Judge THOMAS M. ROSE<br><br><br><br><br><br><br><br>**ORDER OF CONFIRMATION OF**<br>**SALE AND DISTRIBUTION** |

This action is before the Court upon the Notice of Deposit of Foreclosure Sale by the Master Commissioner with respect to the property commonly known as 531 Bloomfield Avenue, Urbana OH 43078-1209, Parcel No. K48-25-11-03-38-080-00 (the "Property"). The legal description of the Property is attached to this order as Exhibit A, which is incorporated herein by reference.

1. The Property was sold by the Master Commissioner on September 25, 2008 to LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2006-FF18, Mortgage Loan Asset Backed Certificates, Series 2006-FF18 for the following amount: $81,000.00.

2. Having carefully examined the proceedings of the officer, the Court finds that the sale of the Property conformed in all respects to the law and the prior orders of this Court and hereby confirms and approves the sale of the Property and these proceedings.

3. The Master Commissioner, within 5 days of the date of this Entry, shall convey the Property to LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2006-FF18, Mortgage Loan Asset Backed Certificates, Series 2006-FF18 by deed according to law free and clear of all liens and encumbrances and shall issue the deed in the following name:  LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2006-FF18, Mortgage Loan Asset Backed Certificates, Series 2006-FF18.

4. The tax mailing address of the purchaser of the Property is as follows:  c/o Home Loan Services, Inc., 150 Allegheny Center, Pittsburgh, PA 15212.

5. The prior deed reference with respect to the Property is as follows:  Official Records Volume 458, Page 3169.

6. The purchaser of the Property is hereby subrogated to the rights of the mortgagees and lien holders in the Property to the extent necessary to protect the purchaser's title to the property.

8. Upon recording of a certified copy of this Entry, the County Recorder shall cause the release and satisfaction of each of the mortgages and liens listed on Exhibit B, which is attached to this order and incorporated herein by reference.  Such mortgages and liens shall be released only to the extent that they encumber the property foreclosed upon in this action and not to the extent that they encumber any other property.

9. Because LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2006-FF18, Mortgage Loan Asset Backed Certificates, Series 2006-FF18 holds a valid and subsisting mortgage on the Property, it need not pay the full amount of the purchase price to the Master Commissioner.  Instead, the bid of LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2006-FF18, Mortgage Loan Asset Backed Certificates, Series 2006-FF18 shall be credited against the amount of the judgment previously entered in its favor.  Plaintiff is further ordered to pay the following:

a. To the County Treasurer, $0.00 for taxes and assessments due on the Property as represented by tax bill attached as Exhibit C.

10. The following amount shall be applied as a credit toward the amount of the judgment previously entered in favor of the Plaintiff: $81,000.00.

11. The Clerk is hereby ordered to distribute $500.00 to the Master Commissioner from the amount placed on deposit by the Plaintiff.

12. Having distributed payment for the appraisers, the Clerk is hereby ordered to return the balance of the deposit, $630.00, to the Plaintiff.

**IT IS SO ORDERED.**  s/Thomas M. Rose

**October 24, 2008**

Judge Thomas M. Rose
United States District Court Judge

Approved:

/s/ Robert R. Hoose
By: Robert R. Hoose (0074544)
John D. Clunk Co. LPA
Attorneys for Plaintiff
5601 Hudson Drive, Suite 400
Hudson, Ohio 44236
330-342-8203 – phone
330-342-8205 – fax
requests@johndclunk.com

# EXHIBIT A

## Legal Description of the Property

Situated in the State of Ohio, County of Champaign, and in the City of Urbana, in Section 24, Town 5, Range 11, and bounded and described as follows:

TRACT I – PARCEL I:

Beginning at the northwest corner of a tract of land conveyed to Carroll S. Frantz by Chat Orahood and Ermil Orahood by deed recorded in Volume 146, Page 6 of the Deed Records of Champaign County, Ohio; thence along the Northerly line of such tract 150 feet, more or less, to the Northwest corner of a tract of land heretofore conveyed by Carroll S. Frantz to Gene and Iva McAdam by deed recorded in Volume 150, Page 235, of the Deed Records of Champaign County, Ohio; thence in a Southerly direction and parallel with the Westerly line of such tract conveyed by Orahoods to Frantz 176 feet, more or less, to a point in the North line of a tract of land heretofore conveyed by Frantz to Orahood, such point being 150 feet, more or less, East of the West line of the tract conveyed by Orahoods to Frantz; thence Westerly along the North line of the tract conveyed by Frantz to Orahood 150 feet to the Northwest corner of the tract conveyed by Frantz to Orahood; thence Northerly along the West line of the tract conveyed to Orahoods to Frantz 176 feet, more or less, to the place of beginning.

TRACT I – PARCEL II:

ALSO: Being a tract of land 200 feet easterly and westerly by 124 feet northerly and southerly, taken off the southerly side of the premises conveyed by Chat Orahood and Ermil Orahood to Carroll S. Frantz by deed dated August 5, 1946, and recorded in Volume 146, Page 6 of the Deed Records of Champaign County, Ohio: THE PREMISES HEREBY CONVEYED BEING BOUND AND DESCRIBED AS FOLLOWS, TO WIT:

Beginning at a point in the easterly line of such tract heretofore conveyed by Orahood to Frantz, such point being 176 feet south of the northeast corner of such tract and the northwest corner of Lot 11 of J.B. Smith's Addition to the City of Urbana, Ohio; thence in a southerly direction along the Easterly line of such tract 124 feet, more or less, to the southeast corner of such tract; thence westerly along the southerly line of such tract 200 feet, more or less, to the southwest corner of such tract; thence northerly along the western line of the tract 124 feet, more or less, to a point in such westerly line; thence easterly parallel with and 124 feet, more or less, distant from such southerly line of the tract, to the place of beginning;

EXCEPTING 70 feet off of the west end of Tract I, Parcel I and Parcel II as conveyed by deed to Ralph R. and Teresa Latham recorded in Volume 61, page 885 of the Official Records, Champaign County, Ohio.

Property Address: 531 Bloomfield Avenue, Urbana OH 43078-1209

PPN: K48-25-11-03-38-080-00

## EXHIBIT B

Mortgages and Liens to be Released

1.  Mortgage from James Simmons, a single man, to Mortgage Electronic Registration Systems, Inc., "MERS", acting solely as a nominee for First Franklin a Division of National City Bank, its successors and assigns, for $120,000.00, dated October 19, 2006, filed November 22, 2006, as Book 458, Page 3171 of Champaign County, OHIO Records, covering premises, together with any and all terms, conditions and restrictions contained herein.

    The assignment from Mortgage Electronic Registration Systems, Inc., ("MERS") solely as nominee for First Franklin a Division of National City Bank, its successors and assigns, to LaSalle Bank National Association as Trustee for First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, 2006-FF18, filed October 11, 2007, as Book 467, Page 1558 of Champaign County, OHIO Records.

# **EXHIBIT C**

## (Treasurer's Tax Bill)

**Property Tax**

**Tax Year 2007 Payable 2008**

| | Delinquency | Adjust | First Half | Adjust | Second Half | Adjust | Total |
|---|---|---|---|---|---|---|---|
| **Charge:** | $642.44 | $0.00 | $1,405.43 | $0.00 | $1,405.43 | $0.00 | |
| **Credit:** | | | ($698.87) | $0.00 | ($698.87) | $0.00 | |
| **Rollback:** | | | ($70.66) | $0.00 | ($70.66) | $0.00 | |
| **Reduction:** | | | ($15.94) | $0.00 | ($15.94) | $0.00 | |
| **Homestead:** | | | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Sales Credit:** | | | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Net Tax:** | $642.44 | | $619.96 | | $619.96 | | |
| | | | | | | | |
| **CAUV Recoupment:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Special Assessments:** | $0.00 | | $0.00 | | $0.00 | | |
| **Penalty/Interest:** | $64.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | | | | | | | |
| **Net Owed:** | $706.68 | | $619.96 | | $619.96 | | $1,946.60 |
| **Net Paid:** | ($706.68) | | ($619.96) | | ($619.96) | | ($1,946.60) |
| **Net Due:** | $0.00 | | $0.00 | | $0.00 | | $0.00 |